# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2018

## NO. 03-17-00800-CV

**Jeffrey Allan Arbogust, Appellant**

**v.**

**Kathleen J. Graham, Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on May 31, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.